UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SUSAN M. JORDAN,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, SUSAN M. JORDAN, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ER SOLUTIONS, INC., is a professional corporation and citizen of the State of Washington with its principal place of business at 800 Southwest 39th Street, Renton, Washington 98055.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her residential telephone and cellular telephone as indicated on or about the dates stated:

December 10, 2009 – Home Phone
This is Tim Mills from ER Solutions. This is a message for Susan Jordan. Please call back as soon as possible. This call is in regard to an important business matter. Call back number is 1-877-897-5400. Thank you.

January 28, 2010 – Pre-Recorded Message – Home Phone
877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person then please continue to listen. Susan

Jordan, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400. Thank you.

February 1, 2010 – Pre-Recorded Message – Home Phone
Jordan. You should not listen. Hello, this is a message for Susan Jordan and my number is 877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Susan Jordan, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400. Thank you.

February 4, 2010 – Pre-Recorded Message – Home Phone
Hello, this is a message for Susan Jordan and my number is 877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Susan Jordan, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400. Thank you.

February 9, 2010 – Pre-Recorded Message – Home Phone
Hello, this is a message for Susan Jordan and my number is 877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Susan Jordan, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a

debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400. Thank you.

February 15, 2010 – Pre-Recorded Message – Home Phone
Hello, this is a message for Susan Jordan and my number is 877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Susan Jordan, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400. Thank you.

July 13, 2010 at 3:40 PM – Pre-Recorded Message – Cellular Phone
And my number is 877-897-5400. If you are not the person I asked for, please hang up or disconnect. If you are the right person, please continue to listen. Susan Jordan, you should not listen to this message if other people can hear you because it contains private information. There will be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Susan Jordan. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-897-5400.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

14. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), <u>Clarke, Kerryjoe N.. v Weltman, Weinberg & Reis, Co., et al.,</u> Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

19.    Plaintiff incorporates Paragraphs 1 through 16.

20.    Defendant asserted the right to collect a debt by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9). See *Cliff v Payco General American Credits, Inc.,* 363 F.3d 1113, 1126 (11th Circuit 2004) (citing Kaplan v Assetcare, Inc., 88 F.Supp.2d 1355, 1363 (S.D. Fla. 2000)) and *Gaalswyk-Knetzke v The Receivable Management Services Corporation*, Case No.: 8:08-cv-493-T-26TGW, 2008 U.S. Dist. LEXIS 44152 (M.D. Fla. May 27, 2008), (holding that with respect to determining what constitutes a misrepresentation of a legal right under section 559.72(9), the court must "refer to other statutes that establish the legitimacy of a debt and define legal rights").

    WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

6

a. Damages;

b. Attorney's fees, litigation expenses and costs of suit;

c. declaring that Defendant's practices violate the FCCPA;

d. permanently injoining Defendant from engaging in the complained of practices; and

e. Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21. Plaintiff incorporates Paragraphs 1 through 16.

22. By using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

23. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div*., 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

24. Plaintiff incorporates Paragraphs 1 through 16.

25. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

         DONALD A. YARBROUGH, ESQ.
         Attorney for Plaintiff
         Post Office Box 11842
         Ft. Lauderdale, FL 33339
         Telephone: 954-537-2000
         Facsimile: 954-566-2235
         donyarbrough@mindspring.com


        By: s/ Donald A. Yarbrough
         Donald A. Yarbrough, Esq.
         Florida Bar No. 0158658